1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   JEFF MITCHELL (CABN 236225)
3  Chief, Criminal Division

4  MARISSA HARRIS (NYBN 4763025)
   Assistant United States Attorney
5
        60 South Market Street, Suite 1200
6       San Jose, California 95113
        Telephone: (408) 535-5061
7       FAX: (408) 535-5066
        marissa.harris@usdoj.gov
8
   Attorneys for United States of America

9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                                SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA,            ) NO. 25-CR-00213 NW
                                          ) [FILED JULY 24, 2025]
14 |        Plaintiff,                    )
                                          )
15 |    v.                                ) NOTICE OF RELATED CASE IN A CRIMINAL
                                          ) ACTION
16 | SAMUEL RIOS,                         )
                                          )
17 |        Defendant.                    )
                                          )
18 |_____)

19 | UNITED STATES OF AMERICA,            ) NO. 26-CR-00055 EJD
                                          ) [FILED FEBRUARY 5, 2026]
20 |        Plaintiff,                    )
                                          )
21 |    v.                                ) NOTICE OF RELATED CASE IN A CRIMINAL
                                          ) ACTION
22 | BENJAMIN HERNANDEZ-GARCIA,           )
                                          )
23 |        Defendant.                    )
                                          )
24 |_____)

25        The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court

26 that the two above-captioned criminal cases are related. In case 25-CR-00213 NW, Mr. Rios was

27 charged in Count Five with Production of Child Pornography, in violation of 18 U.S.C. § 2251(a), based

28 on his alleged sexual abuse of a minor identified as Victim-4. In case 26-CR-00055 EJD, Mr.

NOTICE OF RELATED CASES
                                                                                           v. 7/10/2018

1  Hernandez-Garcia is charged in Counts One and Two with Production of Child Pornography, in
2  violation of 18 U.S.C. § 2251(a) and Coercion and Enticement of a Minor, in violation of 18 U.S.C.
3  § 2422(b), for his alleged sexual abuse of the same minor, Victim-4.  Both defendants are also charged
4  with Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2), for their alleged
5  exchange of child pornography images and videos over the internet.  Based upon these facts, the cases
6  are related within the meaning of Local Rule 8-1(b)(1) because they involve some of the same events,
7  witnesses, victims, occurrences, evidence, and discovery.  Furthermore, the cases are related within the
8  meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve
9  substantial duplication of labor by the two judges.
10         Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment
11 of these cases to a single judge is likely to conserve judicial resources and promote an efficient
12 determination of each action.

14 DATED: February 12, 2026                           Respectfully submitted,

15                                                     CRAIG H. MISSAKIAN
                                                      United States Attorney

17                                                          /s/
                                                      MARISSA HARRIS
18                                                    Assistant United States Attorney

NOTICE OF RELATED CASES

v. 7/10/2018