CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

MARISSA HARRIS (NYBN 4763025)
Assistant United States Attorney

     60 South Market Street, Suite 1200
     San Jose, California 95113
     Telephone: (408) 535-5061
     FAX: (408) 535-5066
     marissa.harris@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 26-CR-00055 NW |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM MARCH 16, 2026, TO MARCH 19, 2026, AND [PROPOSED] ORDER |
| v. | |
| BENJAMIN HERNANDEZ-GARCIA, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant BENJAMIN HERNANDEZ-GARCIA, that time be excluded under the Speedy Trial Act from March 16, 2026, through March 19, 2026.

At the detention hearing held on February 17, 2026, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act until March 16, 2026, so that defense counsel could continue to prepare, including by reviewing the discovery that has been produced. In the interim, the defendant's case was related to another case, *United States v. Samuel Rios*, 25-CR-00213 NW, and transferred to a different district judge, who set a new status hearing on March 19, 2026. In light of the new status hearing date, the ongoing review of discovery, and for the reasons stated on the record at the detention hearing, the parties now stipulate and agree that excluding time until the March

19, 2026 hearing will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from March 16, 2026, through March 19, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: March 6, 2026

_____/s/_____
MARISSA HARRIS
Assistant United States Attorney

DATED: March 6, 2026

_____/s/_____
BRIAN WORTHINGTON
Counsel for Defendant HERNANDEZ-GARCIA

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Magistrate Court on February 17, 2026, and for good cause shown, the Court finds that failing to exclude the time from March 16, 2026, through March 19, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from March 16, 2026, to March 19, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from March 16, 2026, through March 19, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.


DATED:  March 10, 2026

_____
HON. NOEL WISE
United States District Judge

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER          v. 9/18/2025
Case No. 26-CR-00055 NW                3